(134 So. 924)

## M. H., alias Make, SHEPHERD v. STATE.
### 4 Div. 829.

Court of Appeals of Alabama.
May 28, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(133 So. 926)

## Sherman SHERRILL v. STATE.
### 8 Div. 148.

Court of Appeals of Alabama.
Jan. 27, 1931.

Rehearing Denied April 7, 1931.

SAMFORD, J.
Affirmed.

(134 So. 924)

## William SHINES, alias Shine, v. STATE.
### 8 Div. 226.

Court of Appeals of Alabama.
May 26, 1931.

BRICKEN, P. J.
Appeal dismissed.

(133 So. 926)

## Florida SHIRLEY v. STATE.
### I Div. I.

Court of Appeals of Alabama.
April 14, 1931.

RICE, J.
Affirmed.

(135 So. 926)

## Luke SHORT v. STATE.
### 6 Div. 52.

Court of Appeals of Alabama.
June 16, 1931.

SAMFORD, J.
Defendant was convicted of unlawfully possessing a still, and he appeals.

The record has been examined, and, no prejudicial error appearing, the judgment is affirmed.

Affirmed.

(136 So. 926)

## Cyrus A. SIBLEY v. STATE.
### I Div. 14.

Court of Appeals of Alabama.
Aug. 4, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(133 So. 925)

## Herman SILAS v. STATE.
### 6 Div. 57.

Court of Appeals of Alabama.
Dec. 15, 1931.

BRICKEN, P. J.
Affirmed.

(136 So. 927)

## Beatrice Mattie SIMMONS v. STATE.
### I Div. 36.

Court of Appeals of Alabama.
Aug. 4, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(135 So. 926)

## John SIMPSON v. STATE.
### 8 Div. 229.

Court of Appeals of Alabama.
June 9, 1931.

BRICKEN, P. J.
Appeal dismissed.
See, also, ante, p. 207, 132 So. 705.